IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KELLIE COBB**                                                                 **PLAINTIFF**

v.                            No. 3:23-cv-111-DPM

**STATE FARM FIRE AND CASUALTY
COMPANY and JOHN DOES 1-4**                          **DEFENDANTS**

## JUDGMENT

Cobb's complaint is dismissed with prejudice. The Court retains jurisdiction until 22 March 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2024